**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 08-6114

---

TROY ALLEN LINGLE,

> Petitioner - Appellant,

> v.

DAVID MITCHELL, Superintendent of Mountain View Correctional
Institution,

> Respondent - Appellee.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L. Voorhees,
District Judge.  (5:05-cv-00226-RLV)

---

Submitted:  June 26, 2008                 Decided:  July 1, 2008

---

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

---

Dismissed by unpublished per curiam opinion.

---

Charles Robinson Brewer, Asheville, North Carolina, for Appellant.
Mary Carla Hollis, Assistant Attorney General, Raleigh, North
Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Allen Lingle seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Lingle has not made the requisite showing. Accordingly, we deny Lingle's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -